No. 95–345. UNITED STATES v. URSERY. C. A. 6th Cir. [Certiorari granted, 516 U. S. 1070]; and

No. 95–346.   UNITED STATES v. $405,089.23 IN UNITED STATES CURRENCY ET AL.   C. A. 9th Cir.   [Certiorari granted, 516 U. S. 1070.]   Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.